# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: PAUL RANDALL JONES JR  
JENNIFER KAY JONES  
Debtor(s)

Case No.: 12-16952-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Craig Shopneck - CLEVELAND, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/21/2012.
2) The plan was confirmed on 12/21/2012.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 11/13/2014.
6) Number of months from filing or conversion to last payment: 26.
7) Number of months case was pending: 26.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 24,132.37.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $41,667.83 |
| Less amount refunded to debtor: | $2,780.63 |
| **NET RECEIPTS:** | $38,887.20 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,657.29 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,157.29 |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLEN MEDICAL CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Unsecured | 153.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS CENTURION BANK | Unsecured | 760.00 | 725.64 | 725.64 | .00 | .00 |
| AMERICAN INFOSOURCE LLC | Unsecured | 8,108.42 | 7,404.49 | 7,404.49 | .00 | .00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | 13,768.00 | 13,197.75 | 13,197.75 | 3,260.57 | 987.67 |
| AMERICREDIT FINANCIAL SERVICES | Unsecured | NA | .00 | .00 | .00 | .00 |
| ANESTHESIA SERVICE INC | Unsecured | 42.00 | NA | NA | .00 | .00 |
| ASCENSION CAPITAL GROUP INC | Unsecured | NA | .00 | .00 | .00 | .00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | NA | 173.42 | 173.42 | .00 | .00 |
| CITIFINANCIAL | Unsecured | 78.89 | NA | NA | .00 | .00 |
| CLEVELAND CLINIC FOUNDATION | Unsecured | 1,778.00 | NA | NA | .00 | .00 |
| CLEVELAND SKIN PATHOLOGY LAB | Unsecured | 15.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: PAUL RANDALL JONES JR
JENNIFER KAY JONES
Debtor(s)

Case No.: 12-16952-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMUNITY HEALTH PARTNERS | Unsecured | 208.00 | NA | NA | .00 | .00 |
| DAVID J DEMERS | Unsecured | NA | .00 | .00 | .00 | .00 |
| DISCOVER BANK | Unsecured | 4,586.72 | 4,586.72 | 4,586.72 | .00 | .00 |
| EMH HEALTHCARE | Unsecured | 50.00 | NA | NA | .00 | .00 |
| EMH HEALTHCARE | Unsecured | 87.15 | NA | NA | .00 | .00 |
| EMH REGIONAL MEDICAL CENTER | Unsecured | 534.00 | NA | NA | .00 | .00 |
| EMH REGIONAL MEDICAL CENTER | Unsecured | 50.00 | NA | NA | .00 | .00 |
| EMH REGIONAL MEDICAL CENTER | Unsecured | 63.02 | NA | NA | .00 | .00 |
| EMH REGIONAL MEDICAL CENTER | Unsecured | 219.00 | NA | NA | .00 | .00 |
| EMH REGIONAL MEDICAL CENTER | Unsecured | 91.00 | NA | NA | .00 | .00 |
| EMH REGIONAL MEDICAL CENTER | Unsecured | 75.00 | NA | NA | .00 | .00 |
| EMH REGIONAL MEDICAL CENTER | Unsecured | 68.00 | NA | NA | .00 | .00 |
| ENT ALLERGY HEALTH SERVICES | Unsecured | 135.88 | NA | NA | .00 | .00 |
| EXETER FINANCE CORP | Secured | 19,964.00 | 19,836.54 | 19,836.54 | 4,414.56 | 1,598.22 |
| EXETER FINANCE CORP | Unsecured | NA | 947.00 | 947.00 | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 577.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 122.50 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 123.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 1.00 | NA | NA | .00 | .00 |
| GREEN TREE SERVICING LLC | Secured | 116,378.01 | 129,937.08 | 19,727.04 | 19,727.04 | .00 |
| GREEN TREE SERVICING LLC | Secured | 13,144.99 | 13,144.99 | 12,650.48 | 4,741.85 | .00 |
| HUDEC DENTAL ASSOC | Unsecured | 26.00 | NA | NA | .00 | .00 |
| INSOLVE RECOVERY LLC | Unsecured | NA | 995.08 | 995.08 | .00 | .00 |
| MERCY ALLEN HOSPITAL | Unsecured | 50.00 | 50.00 | 50.00 | .00 | .00 |
| MERCY MEDICAL PARTNERS/TRI-CITY | Unsecured | 95.00 | NA | NA | .00 | .00 |
| MERCY REGIONAL MEDICAL CENTER | Unsecured | 28.00 | NA | NA | .00 | .00 |
| MERCY REGIONAL MEDICAL CENTER | Unsecured | 1,056.98 | 2,440.30 | 2,440.30 | .00 | .00 |
| MERCY REGIONAL MEDICAL CENTER | Unsecured | 162.03 | NA | NA | .00 | .00 |
| PHYSICIANS LINK CENTERS INC | Unsecured | 100.00 | NA | NA | .00 | .00 |
| PHYSICIANS LINK CENTERS INC | Unsecured | 66.00 | NA | NA | .00 | .00 |
| PHYSICIANS LINK CENTERS INC | Unsecured | 66.00 | NA | NA | .00 | .00 |
| PREMIUM SURGERY CTR | Unsecured | 956.00 | NA | NA | .00 | .00 |
| PREMIUM SURGERY CTR | Unsecured | 111.00 | NA | NA | .00 | .00 |
| PYRAMED HEALTHCARE GROUP | Unsecured | 2,655.84 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 215.00 | 215.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 54.60 | 54.60 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 33.80 | 33.80 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 25.76 | 25.76 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 439.00 | 439.00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO  
EASTERN DIVISION

In re: PAUL RANDALL JONES JR  
      JENNIFER KAY JONES  
      Debtor(s)

Case No.: 12-16952-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | NA | 439.00 | 439.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 461.00 | 461.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 25.36 | 25.36 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 66.00 | 66.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 86.02 | 86.02 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 135.00 | 135.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 170.00 | 170.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 294.55 | 294.55 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 22.12 | 22.12 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 26.40 | 26.40 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 187.00 | 187.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 169.00 | 169.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 45.77 | 45.77 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 80.76 | 80.76 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 125.00 | 125.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 37.69 | 37.69 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 75.24 | 75.24 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 100.00 | 100.00 | 100.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 100.00 | 100.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 207.00 | 207.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 23.62 | 23.62 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 54.60 | 54.60 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 62.83 | 62.83 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 211.00 | 211.00 | .00 | .00 |
| RBA | Unsecured | 36.00 | NA | NA | .00 | .00 |
| RBA | Unsecured | 8.00 | NA | NA | .00 | .00 |
| RBA | Unsecured | 97.00 | NA | NA | .00 | .00 |
| REGIONAL PATHOLOGY ASSOC | Unsecured | 28.00 | NA | NA | .00 | .00 |
| RELENTLESS RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| SUNRISE CREDIT SVCS | Unsecured | 29.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: PAUL RANDALL JONES JR  
     JENNIFER KAY JONES  
     Debtor(s)

Case No.: 12-16952-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VIKRAM KUMAR MD INC | Unsecured | 180.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 19,727.04 | 19,727.04 | .00 |
| Mortgage Arrearage: | 12,650.48 | 4,741.85 | .00 |
| Debt Secured by Vehicle: | 33,034.29 | 7,675.13 | 2,585.89 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 65,411.81 | 32,144.02 | 2,585.89 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 21,295.77 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,157.29 |
| Disbursements to Creditors: | $34,729.91 |
| **TOTAL DISBURSEMENTS:** | $38,887.20 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 12/10/2014      By: /s/Craig Shopneck - CLEVELAND  
                                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.